IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

LARRY GLENN,
    Plaintiff,
vs.                                                Case No. 3:22-CVB-206-TAV-DCP

U.S. BANK NATIONAL ASSOCIATION,
OCWEN LOAN SERVICING, LLC,
PHH MORTGAGE CORPORATION,
PHH MORTGAGE SERVICING, NEWREZ, LLC,
MACKIE WOLF ZIENTZ & MANN, PC, and
JAMES BERNINI,
    Defendants.

## MOTION TO AMEND COMPLAINT

Comes the Plaintiff, Larry Glenn, by and through her attorney, and files the following Motion to Amend Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. In support thereof the Plaintiff would show the Court as follows:

### FACTS

1. The Substitute Trustee Deed reflecting the sale of the real property which is at the heart of the controversy has not been recorded with the Knox County, Tennessee, Register of Deeds Office.

2. Mr. James Bernini recently provided a series of pictures which represent most of the document, which did include the Affidavit of Consideration in the amount of $90,000.00.

3. No Defendant has to date provided any accounting of either the underlying account or the proceeds from the sale on March 24, 2022.

4. Plaintiff alleges in his amended complaint that as much as $50,000.00 is retained by one or more Defendants in violation of the terms of the deed of trust where "Trustee shall apply the

proceeds . . . any excess to the person or persons legally entitled to it." Deed of Trust paragraph 22. Retention of the funds is a conversion and a breach of fiduciary duty.

5. Concerning Amended and Supplemental Pleadings, Rule 15(a)(2) of the Federal Rules of Civil Procedure, in pertinent part, provides that:

   Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

6. The Plaintiff has filed a Brief in support of this Motion, as required by E.D. Tenn. LR 7-l (a), which is incorporated herein by reference.

WHEREFORE, the Plaintiff prays that this Court enter an Order granting Plaintiffs Motion to Amend Complaint and allow docketing of the Second Amended Complaint, and any other general relief available.

/s/ David B. Hamilton

**David B. Hamilton, Tenn. BPR #020783**
Norwood Law Office of David B. Hamilton
1810 Merchant Dr.
Knoxville, TN 37912
Phone: (865) 219-9250
Facsimile: (865) 219-7982
Email: dbh@dbhamilton.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and accurate copy of the foregoing has been sent electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via US Mail, First Class, Prepaid. Parties may access this filing through the Court's electronic filing system. This August 17, 2022.

/s/ David B. Hamilton